(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Crawford Tony, Sid | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Crawford, Dianne |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>N/A |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>8521 S. Komensky<br>Chicago, Il 60652 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>8521 S. Komensky<br>Chicago, Il 60652 |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: Cook |
| Mailing Address of Debtor (if different from street address):<br>N/A | Mailing Address of Joint Debtor (if different from street address):<br>N/A |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | Chapter 13 W/ Plan |

[Stamp: NO DISKETTE]

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [X] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [X] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [X] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] |

Estimated Assets:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/05/2004
Time: 16:24:40
Debtor: TONY SID CRAWFORD
Case: 04-36915       Fee : 20
Chapter: 13 Rec. # : 3104685
Judge: Jack Schmetterer
341 mtg: 11/02/2004 @ 01:00PM
ConfHrg: 12/01/2004 @ 12:30PM
Trustee: TOM VAUGHN
```

1:04BK36915-BK001

(Official Form 1) (12/02) FORM B1, Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Tony S. and Dianne Crawford |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_
Signature of Debtor

X _Dianne Crawford_
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Creditor Query                                                    Page 1 of 5

**03-34413** Tony S Crawford and Dianne Crawford
Case type: bk Chapter: 13 Asset: Yes Vol: v Honorable Judge: John H. Squires
Date filed: 08/20/2003 Date of last filing: 08/20/2003

# Creditors

**AT&T Wireless**
Acct#: 085900000153850722
7900 Xerxes Ave                              (cr)    50.00
Minneapolis, MN 55431

**ATT Wireless**
Acct#: 085900000153850722
POB 3330                                     (cr)    772.00
Olathe, KS 66063

**Ad T Security**
Acct#: 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
802 Cannonile Dr.                            (cr)    100.00
Porter, IN 46304

**Bankcard Services**
Acct#: 5440-4500-6089-3173
Box 17051                                    (cr)    1,550.00
Baltimore, MD 21297

**Beneficial**
Acct#: 411721-00-541296-4
POB 17574                                    (cr)    9,610.00
Baltimore, MD 21297-1574

**Capital One Bankruptcy**
Acct#: 4305-7221-4366-2453
PO Box 85015                                 (cr)    743.00
Richmond, VA 23285-5015

*[handwritten left margin:] Peoples Energy  130 East Randolph  Chicago, IL 60601  acct# 8-5000-3409-8720  $810.88*

**Carson Pirie Scott**
Acct#: 10-0557-289-1
PO Box 17633                                 (cr)    635.00
Baltimore, MD 21297

**Chase Manhattan Bank**
Acct#: 4915-0495-5003-6414
PO Box 52195                                 (cr)    7500.00
Phoenix, AZ 85072

**Chase Manhattan Mortgage**
Acct#: 1970048339
3415 Vision Dr                               (cr)    0.00
Columbus, OH 43219

**Chase Manhattan Mtge**

Creditor Query

3415 Vision Dr.  
Columbus, OH 43219                                          (cr)

**Citi Cards**  
Acct#: 5424-1804-2644-3831                                  (cr)      1763.00
7930 NW 110th Street  
Kansas City, MO 64153

**Cross Country Bank**  
Acct#: 4227-0974-8400-8433                                  (cr)      2006.00
PO Box 10007  
Huntington, WV 25770

**Cross Country Bank**  
Acct#: 4227-0970-9337-6221                                  (cr)
POB 310711  
Boca Raton, FL 33431-0730

**Fast Cash Advance**  
Acct#: 8726102                                              (cr)      1,107.00
2005 W. 75th St.  
Woodridge, IL 60517

**First Premier Bank**  
Acct#: 4301-7181-1014-0592                                  (cr)
PO Box 5519  
Sioux Falls, SD 57117-5519

**First Revenue Assurance**  
Acct#: 3056038                                              (cr)      905.00
200 Fillmoer St. Ste 200  
Denver, CO 80206

**Fith Third Bank**  
Acct#: 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                                          (cr)      695.00
346 W Carol Lane  
Elmhurst, IL 60126

**Fith Third Bank of Chicago**  
Acct#: 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                                          (cr)      .50
2323 Lake Club Drive  
P.O. Box 13167  
Columbus, OH 43213

**Grolier Books**  
Acct#: 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                                          (cr)
PO Box 1704  
Danbury, CT 06816

**Grolier Brooks**  
Acct#: 1-914-345-7136                                       (cr)      50.00
2269 S. Sawmill River Rd Blg 3  
Elmsford, NY 40523

**Household Credit**

Creditor Query

**Household Credit**
Acct#: 8503961470
PO Box 939019
San Diego, CA 92193    (cr)    50.00

**Household Credit**
Acct#: 5480-4200-0681-4147
PO Box 17051
Baltimore, MD 21297    (cr)    50.00

**Household Credit**
Acct#: 3500797
PO Box 129
Thorofare, NJ 08086    (cr)    50.00

**Houshold Credit Service**
Acct#: 5440-4500-6089-3173
PO Box 0002
Anaheim, CA 92850    (cr)    50.00

**Internal Revenue Service**
Acct#: 340.58.0699
Mail Stop 5010 CHI
230 S Dearborn
Chicago, IL 60604    (cr)    7,157.90

**JC Penney**
Acct#: 431-174-668-11
Po Box 32000
Orlando, FL 32890    (cr)

**Jewel**
Acct# 2001758611854003277
PO Box 1488
Melrose Park, IL 60160    (cr)    91.00

**Jewel Osco**
Acct#: 2003/200175861
33 N. Lasalle St. Ste 1200
Chicago, IL 60602    (cr)    50.00

**Monogram Credit Card Bank**
Acct#: 6008894311746681
PO Box 41457
Philadelphia, PA 19101    (cr)    50.00

**Onyx Acceptance**
27051 Towne Center Dr
Foothill Ranch, CA 92610    (cr)    Fax# 7,536.00

**Providian Visa**
Acct#: 4328-0715-0043-9045
PO Box 9553    (cr)

Creditor Query                                                                 Page 4 of 5

    Manchester, NH 03108

**Quest Diagnostics Incorporated**
Acct#: 2574912313
2269 Sawmille River Rd.                (cr)        50.00
Building 3
Elmsford, NY 10523

**Southwest Student services**
PO Box 78832                           (cr)
Phoenix, AZ 85062

**TCF BANK**
Acct#: 411520
919 ESTES COURT                        (cr)        50.00
Shaumburg, IL 60193

**TCF Bank**
Acct#: TCF48755736661306
901 N. Mannheim Rd.                    (cr)       782.00
Franklin Park, IL 60131

**USA Pay Day Loan**
Acct#: 51
8127 S. Cicero                         (cr)       750.00
Chicago, IL 60652

**Ultra Diamond Cerdit Card Plan**

Acct#: 6011-6521-0074-7007             (cr)
PO Box 9025
Des Moines, IA 50368-9025

**University of Phoenix**
Acct#: 9000334066
PO Box 29887                           (cr)        /
Phoenix, AZ 85040

**Wal Mart**
Acct#: 6032-2070-0086-2987
POB 530937                             (cr)        /
Atlanta, GA 30353-0937

**Worldcom Wireless**
Acct#: 51-00083893
PO Box 259                             (cr)       486.00
Newark, NJ 07101-0259

| PACER Service Center |
|---|
| Transaction Receipt |
| 08/21/2003 15:25:43 |

https://ecf.ilnb.uscourts.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

   1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

   2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

   3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

   4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

   5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

   1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

   2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

   3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

   4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

   Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

   Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

X _____  ___10/05/04___   _____
Debtor's Signature                   Date                Case Number

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

  1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

  2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

  3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

  4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

  5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

  1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

  2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

  3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

  4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

X /s/ Dianne Crawford                    Oct. 5, 2004                    _____
Debtor's Signature                       Date                            Case Number

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy